NATIONAL FIRE INSURANCE COMPANY *v.* VAN GIESEN.

HOLDEN, J. 1. It does not appear from the bill of exceptions, or the record, that any of the grounds of the original motion for a new trial, or of the amendment thereto, were approved; and therefore such grounds can not be considered, except those which complain that the verdict is contrary to law and the evidence.

2. There was sufficient evidence to support the verdict, and the court did not abuse its discretion in refusing a new trial.

Argued January 14,—Decided May 15, 1909.

Action upon insurance policy. Before Judge Charlton. Chatham superior court. March 27, 1908.

*Lawton & Cunningham,* for plaintiff in error.

*Osborne & Lawrence,* contra.